1  JOHN E. PEER - State Bar No. 95978
   jpeer@woollspeer.com
2  JO ANN MONTOYA - State Bar No. 131310
   jmontoya@woollspeer.com
3  **WOOLLS & PEER**
   A Professional Corporation
4  One Wilshire Building
   624 South Grand Avenue, 22nd Floor
5  Los Angeles, California 90017
   Telephone: (213) 629-1600
6  Facsimile: (213) 629-1660

7  Attorneys for Plaintiff and Counterclaim-Defendant ProCentury Insurance
8  Company



FILED
CLERK, U.S. DISTRICT COURT
December 8, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: ____VPC____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ProCentury Insurance Company,<br><br>    Plaintiff,<br><br>v.<br><br>L.A. Checker Cab Cooperative, Inc., a California corporation; Arman Atanesvan, an individual; Lonnie J. McCreery, an individual,<br><br>    Defendants.<br><br>L.A. Checker Cab Cooperative, Inc.,<br><br>    Counter-claimant,<br><br>v.<br><br>ProCentury Insurance Company,<br><br>    Counterclaim-defendant. | Case No.: 2:14-cv-6216-SJO-PLAx<br><br>Assigned to the Hon. S. James Otero<br><br>**ORDER RE CONTINUING OSC RE DISMISSAL**<br><br>OSC Hearing: December 12, 2016<br>Time: 8:30 a.m.<br>Dept.: Courtroom 10C<br>    350 W. 1st Street<br>    Los Angeles, CA<br><br>Filing Date: August 7, 2014<br>Trial Date: January 24, 2017<br>Pre-Trial Conf.: January 17. 2017 |

The parties have notified the Court that they have reached a settlement and that they have fully executed the settlement agreement and related documents. The parties have further advised the court of the following:

1

[CASE NO.: 2:14-CV-6216-SJO-PLAX]
[[PROPOSED] ORDER CONTINTUING THE OSC RE DISMISSAL]

510252.1

a) The settlement agreement requires defendant L.A. Checker Cab Cooperative, Inc. to make its initial down payment on or before January 4, 2017 and provides L.A. Checker Cab with a ten day period within which to cure any default;

b) The settlement agreement requires plaintiff ProCentury Insurance Company to dismiss its complaint without prejudice within ten days of receipt of L.A. Checker Cab's initial down payment and requires L.A. Checker Cab to dismiss its counterclaim as well;

c) The settlement agreement provides that the Court shall retain jurisdiction to enforce the terms of the settlement, including the stipulated judgment should L.A. Checker Cab fail to comply with the terms of the settlement agreement;

Therefore, the Court orders as follows:

a) The pre-trial conference and trial dates are vacated;

b) The Order to Show Cause re Dismissal is continued from December 12, 2016 to January 24, 2017 at 8:30 am. A joint report is due to be filed on January 17, 2017. If the parties file the appropriate dismissal pursuant to F.R.C.P. 41 prior to the OSC hearing date, the Order to Show Cause re Dismissal will be taken off the Court's calendar.

IT IS SO ORDERED.

DATED:   12/08/16

*S. James Otero* (signature)

JUDGE S. JAMES OTERO