| | |
|---|---|
| 1 JOHN E. PEER - State Bar No. 95978<br>  jpeer@wpdslaw.com<br>2 JO ANN MONTOYA - State Bar No. 131310<br>  jmontoya@wpdslaw.com<br>3 **WOOLLS PEER DOLLINGER & SCHER**<br>  A Professional Corporation<br>4 One Wilshire Building<br>  624 South Grand Avenue, 22nd Floor<br>5 Los Angeles, California 90017<br>  Telephone:  (213) 629-1600<br>6 Facsimile:  (213) 629-1660<br>7 Attorneys for Plaintiff and Counterclaim-Defendant ProCentury Insurance Company | JS-6<br><br>**FILED**<br>**CLERK, U.S. DISTRICT COURT**<br>January 26, 2017<br>**CENTRAL DISTRICT OF CALIFORNIA**<br>BY: ___VPC___ DEPUTY |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ProCentury Insurance Company,<br><br>      Plaintiff,<br><br>  v.<br><br>L.A. Checker Cab Cooperative, Inc., a California corporation; Arman Atanesvan, an individual; Lonnie J. McCreery, an individual,<br><br>      Defendants.<br><br>L.A. Checker Cab Cooperative, Inc.,<br><br>      Counter-claimant,<br><br>  v.<br><br>ProCentury Insurance Company,<br><br>      Counterclaim-defendant. | Case No.: 2:14-cv-6216-SJO-PLAx<br><br>Assigned to the Hon. S. James Otero<br><br>**ORDER RE DISMISSAL**<br><br>OSC Hearing:  January 24, 2017<br>Time:            8:30 a.m.<br>Dept.:            Courtroom 10C<br>                   350 W. 1st Street<br>                   Los Angeles, CA<br><br>Filing Date:      August 7, 2014<br>Trial Date:       January 24, 2017<br>Pre-Trial Conf.:  January 17. 2017 |

      The parties have notified the Court that they have reached a settlement and that they have fully executed the settlement agreement and related documents. The parties have further advised the court of the following:

a) Pursuant to the settlement agreement, L.A. Checker Cab Cooperative, Inc. made its initial down payment on January 17, 2017;

b) The settlement agreement requires ProCentury Insurance Company to dismiss its complaint without prejudice against L.A. Checker Cab within ten days of receipt of L.A. Checker Cab's initial down payment and requires L.A. Checker Cab to dismiss its counterclaim as well;

c) The settlement agreement requires L.A. Checker Cab to make 24 equal monthly installments beginning on February 16, 2017;

d) The settlement agreement provides that the Court shall retain jurisdiction to enforce the terms of the settlement, including the stipulated judgment should L.A. Checker Cab fail to comply with the terms of the settlement agreement;

e) Defendants McCreery and Atanesyan never appeared in this action;

Therefore, the Court orders as follows:

a) The Order to Show Cause re Dismissal set for January 24, 2017 at 8:30 am is taken off calendar.

b) Pursuant to F.R.C.P. 41(a)(2), ProCentury's complaint is dismissed without prejudice as to L.A. Checker Cab and with prejudice as to McCreery and Atanesyan, and L.A. Checker Cab's counterclaim is dismissed with prejudice.

c) The Court shall retain jurisdiction to enforce the terms of the settlement, including the stipulated judgment should L.A. Checker Cab fail to comply with the terms of the settlement agreement.

IT IS SO ORDERED.

DATED: 1/26/17

_____
JUDGE S. JAMES OTERO

[CASE NO.: 2:14-CV-6216-SJO-PLAX]
[[PROPOSED] ORDER RE DISMISSAL]

515107.1